IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GUSTAVO OCHOA,

    Plaintiff,

v.

LOS NOPALES RESTAURANT and
FRANCISCO LUGO,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-204-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Gustavo Ochoa granting plaintiff's motion for summary judgment and awarding plaintiff attorney's fees and costs in the amount of $18,171.00.

|  |  |
|---|---|
| s/K. Jacobson, Deputy Clerk | 4/2/2014 |
| Peter Oppeneer, Clerk of Court | Date |